UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-23665-RAR

**PEDRO BELLO-RUBIO**, *et al.*,

    Plaintiffs,

v.

**KRISTI NOEM**, *in her official capacity as the Secretary of Homeland Security*, *et al.*,

    Defendants.

_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Federal Rule of Civil Procedure 42(a)(2), Southern District of Florida Local Rule 3.8, and Internal Operating Procedure 2.15.00(c) of the United States District Court for the Southern District of Florida because of related and earlier-filed case number **25-CV-22335-JB**, and subject to the consent of the Honorable Jacqueline Becerra, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is transferred to the calendar of Judge Jacqueline Becerra for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, this 21st day of August, 2025.

                                                  _____
                                                **RODOLFO A. RUIZ II**
                                                **UNITED STATES DISTRICT JUDGE**

After reviewing the file in the above-styled case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **25-CV-23665-JB**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami, Florida, this 21st day of August, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE